**Kimberly Marie SNAWDER, Plaintiff–Appellant,**

v.

**Stuart P. COHEN, M.D., Defendant–Appellee.**

No. 92–6593.

United States Court of Appeals, Sixth Circuit.

Argued Sept. 21, 1993.

Decided Oct. 4, 1993.

John M. Mayer, Jr. (argued and briefed), Hanger, Engebretson, Mayer & Vogt, Clarksville, IN, for plaintiff-appellant.

Gerald R. Toner (argued and briefed), O'Bryan & Brown, Louisville, KY, for defendant-appellee.

Before: KENNEDY and RYAN, Circuit Judges, and BROWN, Senior Circuit Judge.

RYAN, Circuit Judge.

Kimberly Snawder alleges in this products liability action that she sustained injuries as a result of an oral poliomyelitis vaccine that she received in the early 1970s. She appeals from a grant of summary judgment in favor of defendant Stuart P. Cohen, M.D., and argues only that summary judgment was inappropriate because Kentucky law does not in all cases require a plaintiff to produce expert witness testimony in order to prove a lack of informed consent.

Because we agree with the lower court that, in this case, expert witness testimony was required, we **AFFIRM** the district court's judgment for the reasons set out in its comprehensive, carefully analyzed, and well-articulated opinion. *Snawder v. Cohen,* 804 F.Supp. 910 (W.D.Ky.1992).